UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CASSADAY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>PFIZER INC.,<br><br>                              Defendant. | 22-CV-2495 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 13, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit a completed request to proceed *in forma pauperis* and prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 13, 2022
             New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge